387 A.2d 921

Commonwealth ex rel. Ayala, Appellant, v. Santiago.

Argued September 16, 1977. James D. Wolman, with him Alan Linder, for appellant; Jean Royer Kohr, with her Glazier, Minney, Mecum & Kohr, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.